UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN MACARTHUR, Plaintiff :
: CA 06 478
VS. : C.A. NO.:
:
O'CONNOR CORPORATION and :
O'CONNOR CONSTRUCTORS, INC. :
Defendants :

**COMPLAINT**

NOW comes the Plaintiff in the above-entitled matter and alleges and says as follows:

**JURISDICTION**

1. Jurisdiction of this Court is proper under 28 U.S.C., §1332. Plaintiff is a citizen of the State of Rhode Island and the Defendants, O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC., are foreign corporations, organized and existing under the laws of the State of Massachusetts. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

**PARTIES**

2. Plaintiff, John MacArthur, at all times material hereto is a resident of the County of Providence, State of Rhode Island.

3. Defendant, O'CONNOR CONSTRUCTORS, INC., is a foreign corporation organized and existing under the laws of the State of Massachusetts and upon information and belief constructed a set of stairs at the Brayton Point Power Plant located in Somerset, Massachusetts.

4. Defendant, O'CONNOR CORPORATION, is a foreign corporation organized and existing under the laws of the State of Massachusetts and upon information and belief constructed a set of stairs at the Brayton Point Power Plant located in Somerset, Massachusetts.

## CAUSE OF ACTION

## COUNT I

## NEGLIGENCE

5. Plaintiff, John MacArthur, on or about September 23, 2005, was a business invitee upon the Brayton Point Power Plant as an employee of Berlin Steel Construction Company.

6. At all times material hereto, Plaintiff, John MacArthur was in the exercise of due care and caution.

7. At all times material hereto the Defendants knew or in the exercise of due care should have known the Plaintiff and/or others in a similar position would have been upon said premises.

8. Defendants, their agents, servants and/or employees were under a duty to exercise reasonable care to keep the premises safe, free from defects, free from hazardous conditions, and safe for the intent and purposes of said location.

9. Defendants, their agents, servants and/or employees were under a duty to exercise reasonable care to protect the Plaintiff by inspection, and other affirmative acts, from injuries resulting from defective and unsafe conditions upon the premises.

10. Defendants, their agents, servants and/or employees were under a duty to have available sufficient personnel and equipment to properly inspect and maintain the premises in a condition reasonable safe for the Plaintiff and free from defects and conditions rendering it unsafe.

11. Defendants, their agents, servants and/or employees were under a duty to warn the Plaintiff or others in a similar capacity of any dangerous or unsafe conditions existing upon the premises.

12. Defendants, their agents, servants and/or employees did negligently and carelessly breach all of the aforesaid duties and as a direct and proximate result of said negligence, the Plaintiff, John MacArthur, tripped and fell on a defective stair which had been constructed by the Defendant.

13. As a direct and proximate result of said incident and the negligence of the Defendants as complained of herein, the Plaintiff, John MacArthur sustained severe, permanent, personal injuries which incapacitated him; he has been prevented and will continue to be prevented from carrying on his usual activities. He suffered, presently suffers and in the future will suffer great pain of body and mind; he incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention; he has sustained, and in the future, will sustain a loss of earnings, salary and/or wages.

WHEREFORE, Plaintiff demands Judgment against the Defendants jointly and severally in an amount sufficient to sustain the jurisdiction of this Court and to be determined by the trier of fact for compensatory damages, plus interest and costs.

Plaintiff,

By and through his Attorney,

Thomas A. Tarro, III, Esq., #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (facsimile)

Dated: October 26, 2006

PLAINTIFF HEREBY CLAIMS HIS RIGHT TO TRIAL BY JURY.