AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

John MacArthur

V.

O'Connor Corporation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 478 S

TO: (Name and address of Defendant)

O'Connor Construction
Thomas H. O'Connor, Jr., Registered Agent
45 Industrial Drive
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
300 Centerville Road
Summit East - Suite 330
Warwick, Rhode Island 02886

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/27/06

Barbara Barletta

(By) DEPUTY CLERK

John MacArthur, et. al., Plaintiff(s)
vs.
O'Connor Corporation, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 079856-0001

# AFFIDAVIT OF SERVICE -- Corporate

THOMAS A TARRO III, ESQ.
Mr. Thomas A. Tarro III
The Summit East, Suite 330
300 Centerville Rd.
Warwick, RI 02886

Service of Process on:
--O'Connor Construction, Thomas H. O'Connor, Jr., Registered Agent
Court Case No. CA 06 478S

State of: MA ) ss.
County of: NORFOLK )

**Name of Server:** JOHN RYMASZEWSKI, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of November, 20 06, at 11:15 o'clock A M

**Place of Service:** at 45 Industrial Drive, in Canton, MA 02021

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Case; Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
O'Connor Construction, Thomas H. O'Connor, Jr., Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: THOMAS H. O'CONNOR, JR., R.A.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color GRAY ; Facial Hair ____
Approx. Age 65 ; Approx. Height 5'10" ; Approx. Weight 200 -

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

John Rymaszewski 11/7/06
Signature of Server

Subscribed and sworn to before me this 7th day of November, 20 06

Notary Public (Commission Expires)

DAVID AYLES
MY COMMISSION EXPIRES JANUARY 18, 2013
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

APS International, Ltd.