**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |

**ANSWER OF DEFENDANT**
**<u>O'CONNOR CORPORATION</u>**

1. Defendant O'Connor Corporation admits the allegations set forth in paragraphs 1 and 2 of plaintiff's Complaint.

2. Said defendant admits that O'Connor Constructors, Inc. is a foreign corporation organized and existing under the laws of the State of Massachusetts as alleged in paragraph 3, but denies that O'Connor Constructors, Inc. constructed a set of stairs at the Brayton Point Power Plant located in Somerset, Massachusetts.

3. Said defendant admits the allegations set forth in paragraph 4.

**<u>AS TO COUNT I</u>**

4. Defendant O'Connor Corporation admits the allegations set forth in paragraph 5.

5. Said defendant denies the allegations set forth in paragraphs 6 through 13.

WHEREFORE, defendant O'Connor Corporation demands entry of Judgment in its behalf and for its costs in defending this action.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
O'Connor Corporation
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

Defendant, O'Connor Corporation, hereby claims a trial by jury.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
O'Connor Corporation
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on November 17, 2006, and that there are no non-registered participants.

/s/ James H. Reilly