**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. | : | |
| | : | |
| -vs- | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**NOTICE OF SERVICE OF PROCESS**

The undersigned, counsel for defendant and third-party plaintiff, O'Connor Corporation, hereby gives notice of service of process upon third-party defendant, The Berlin Steel Construction Company, as set forth in the attached Third Party Summons and Return of Service.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant and
Third-Party Plaintiff
O'Connor Corporation
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire

The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on January 16, 2007, and that there are no non-registered participants.

/s/ James H. Reilly

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PLAINTIFF

JOHN MACARTHUR

V. DEFENDANT AND THIRD PARTY PLAINTIFF

O'CONNOR CORPORATION and
O'CONNOR CONSTRUCTORS, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 06-478S

V. THIRD PARTY DEFENDANT

THE BERLIN STEEL CONSTRUCTION
COMPANY and HARTFORD FIRE
INSURANCE COMPANY

To: Name and address of Third Party Defendant

THE BERLIN STEEL CONSTRUCTION COMPANY
CT CORPORATION SYSTEM
10 WEYBOSSET STREET
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. TARRO, III
THE LAW FIRM OF THOMAS A. TARRO, III
THE SUMMIT EAST - SUITE 330
300 CENTERVILLE ROAD
WARWICK, RI 02886

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

JAMES H. REILLY
146 WESTMINSTER STREET - SUITE 500
PROVIDENCE, RI 02903

an answer to the third-party complaint which is herewith served upon you within _______ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 12/13/06

Barbara Barletta
(By) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-10-07 |
| NAME OF SERVER Carlos Tanaktzian | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): R/A C.T. Corporation System 10 Weybosset St Prov

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-10-07
Date

[signature]
*Signature of Server*

P.O. Box 5764 Prov RI.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.