UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

ANSWER OF THIRD-PARTY DEFENDANT, THE BERLIN STEEL CONSTRUCTION COMPANY, TO THIRD PARTY COMPLAINT OF O'CONNOR CORPORATION

FIRST DEFENSE

1. This third-party defendant admits the allegations contained in paragraph 1.

2. This third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and leaves the third party plaintiff to its proof.

3. This third party defendant admits the allegations contained in paragraphs 3 and 4.

4. This third party defendant admits that the subcontract dated March 16, 2005 contains provisions referred to in part in paragraphs 5 and 6 but as to said allegations refers to the subcontract for a complete and accurate statement of its contents and as to any inaccurate statements therefore denies those allegations.

5. This defendant admits that at the time of the incident referred to in its complaint it had insurance coverage with the Hartford Fire Insurance Company and as to the remainder of the allegations contained in paragraph 7, leaves the third party plaintiff to its proof.

6. This third party defendant denies the remainder of the allegations contained in the third party complaint.

SECOND DEFENSE

The primary plaintiff's damages, if any at all, were caused by other persons, firms or corporations for whose conduct this third-party defendant is not responsible.

THE BERLIN STEEL CONSTRUCTION COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

The Berlin Steel Construction Company hereby claims trial by jury.

THE BERLIN STEEL CONSTRUCTION COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on February 9, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Thomas A. Tarro, III, Esquire, ttarro3rd@tarrolawfirm.com and James H. Reilly, III, jreilly@kkrs.com will receive notice through the ECF system.

/s/ C. Russell Bengtson