UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

LATE ENTRY STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

The third party defendant, The Berlin Steel Construction Company, shall have up to and including February 26, 2006 in which to file its answer and/or responsive pleading with the same force and effect as if timely filed.

Third Party Plaintiff
O'CONNOR CORPORATION

JAMES H. REILLY #0658
Kelly, Kelleher, Reilly & Simpson
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 272-1312 Telephone
(401) 331-9397 Facsimile

Third Party Defendant
THE BERLIN STEEL CONSTRUCTION COMPANY

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on February 15, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Thomas A. Tarro, III, Esquire, ttarro3rd@tarrolawfirm.com and James H. Reilly, III, jreilly@kkrs.com will receive notice through the ECF system.

/s/ C. Russell Bengtson