UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

ANSWER OF THIRD-PARTY DEFENDANT, HARTFORD FIRE INSURANCE COMPANY, TO THIRD PARTY COMPLAINT OF O'CONNOR CORPORATION

FIRST DEFENSE

1. This third-party defendant admits the allegations contained in paragraph 1.

2. This third party defendant admits the allegations contained in paragraph 2.

3. This third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and leaves the third party plaintiff to its proof.

4. This third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and leaves the third party plaintiff to its proof.

5. This third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and leaves the third party plaintiff to its proof.

6. This third party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and leaves the third party plaintiff to its proof.

7. This third-party defendant admits that at the time of the incident referred to in the complaint The Berlin Steel Construction Company had insurance coverage with The Hartford Fire Insurance Company and as to the remainder of allegations contained in paragraph 7, leaves the third party plaintiff to its proof.

8. This third-party defendant denies the allegations contained in paragraph 8.

9. This third-party defendant denies the allegations contained in paragraph 9.

10. This third-party defendant denies the allegations contained in paragraph 10.

## SECOND DEFENSE

The primary plaintiff's damages, if any at all, were caused by other persons, firms or corporations for whose conduct this third-party defendant is not responsible.

HARTFORD FIRE INSURANCE COMPANY
By its Attorney,

MORRISON MAHONEY LLP

/s/ Lauren Motola-Davis
/s/Amy A. Parker
Lauren Motola-Davis (#3396)
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
lmdavis@morrisonmahoney.com
aparker@morrisonmahoney.com

Hartford Fire Insurance Company hereby claims trial by jury.

HARTFORD FIRE INSURANCE COMPANY
By its Attorney,

MORRISON MAHONEY LLP

/s/ Lauren Motola-Davis
/s/Amy A. Parker

Lauren Motola-Davis (#3396)
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
lmdavis@morrisonmahoney.com
aparker@morrisonmahoney.com

CERTIFICATION

I hereby certify that on February 20, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Thomas A. Tarro, III, Esquire, ttarro3rd@tarrolawfirm.com, James H. Reilly, III, jreilly@kkrs.com and rbengtson@ckmlaw.com will receive notice through the ECF system.

/s/ Amy A. Parker