UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**ENTRY OF APPEARANCE**

Now comes Amy A. Parker (#5906) and hereby enters her appearance on behalf of Hartford Fire Insurance Company in the above-entitled matter.

HARTFORD FIRE INSURANCE COMPANY

By its Attorney,

MORRISON MAHONEY LLP

/s/ Lauren Motola-Davis
/s/Amy A. Parker

Lauren Motola-Davis (#3396)
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
lmdavis@morrisonmahoney.com
aparker@morrisonmahoney.com

CERTIFICATION

I hereby certify that on February 20, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Thomas A. Tarro, III, Esquire, ttarro3rd@tarrolawfirm.com, James H. Reilly, III, jreilly@kkrs.com and rbengtson@ckmlaw.com will receive notice through the ECF system.

/s/ Amy A. Parker