UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| | : | |
| O'CONNOR CORPORATION and | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |

# **PLAINTIFF'S PRETRIAL STATEMENT**

On September 23, 2005, Plaintiff, John MacArthur was an employee of Berlin Steel Construction Company working as an iron worker on a construction project at the Brayton Point Power Plant located in Somerset , Mass. Berlin Steel Construction Company was a subcontractor of the Defendant, O'Connor Corporation on the project.

Plaintiff injured himself while exiting elevation 5 of Unit 1, via a temporary wooden stairway which contained a trip hazard consisting of a broken and raised wooden 2x4. The area in question is show in the photograph below which was taken after the date of the incident with the wooden stairs removed and the access area restricted.



Plaintiff injured himself when his right foot caught on the trip hazardous condition, causing him to fall forward and injure his left knee, right hip and low back.

Plaintiff received medical treatment for his injuries from injuries the following medical providers:

A. Prima Care, PC;

B. Prehab Sports Medicine Services;

C. Albert J. Puerini, Jr. M.D.;

D. Kent Hospital;

E. Peter J. Pizzarello, M.D.

Plaintiff's total medical expenses are $6,636.00. In addition he has lost earnings and earning capacity which are in excess of $75,000. As a result of the injuries sustained by the Plaintiff, he is no longer able to perform the physical requirements of his job as an iron worker and retired from the Iron Workers Union, effective January 1, 2007.

/s/Thomas A. Tarro, III
Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Pre-Trial Statement*** on the 9th day of March, 2007, to:

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/Thomas A. Tarro, III