**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. | : | |
| | : | |
| -vs- | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**DEFENDANT O'CONNOR CORPORATION'S**
**PRE-TRIAL CONFERENCE STATEMENT**

Plaintiff John MacArthur's Complaint alleges that he was injured on September 23, 2005 while working as an iron worker on a construction project at the Brayton Point Power Plant in Somerset, Massachusetts. Defendant, O'Connor Corporation ("O'Connor"), was the general contractor for this project and Berlin Steel Construction Company ("Berlin") was a subcontractor. Plaintiff alleges that he was injured due to a defective stair on the job site. O'Connor Corporation has denied it was negligent and has filed Third-Party Complaints against The Berlin Steel Construction Company and its insurer, Hartford Fire Insurance Company. The subcontract entered into between O'Connor and Berlin required Berlin to indemnify and hold O'Connor harmless from all actions in any manner caused in whole or in part by it or anyone acting under its direction. Paragraph 16 of the subcontract required the subcontractor to name O'Connor as an additional insured

party on a primary basis. The Third-Party Complaint seeks to require the third-party defendants to defend and indemnify O'Connor. An insurer which refuses to defend an insured pursuant to a general liability policy will be obligated to pay an award of damages or settlement against the insured in addition to costs of defense and attorney's fees. *Conanicut Marine Services, Inc. v. Insurance Co. of North America*, 511 A.2d 967 (RI 1986).

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant and
Third-Party Plaintiff
O'Connor Corporation
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

C. Russell Bengston, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

Attorney Lauren Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on March 13, 2007, and that there are no non-registered participants.

/s/ James H. Reilly