UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**NOTICE OF DEPOSITION**

**DEPONENT: DAN THIBIDEAUX**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

**TIME & DATE OF TAKING: Thursday, May 10 ,2007 at 10:30 a.m.**

Please take notice that the Plaintiff, John MacArthur, will take the testimony on oral examination of **DAN THIBIDEAUX on Thursday, May 10, 2007 at 10:30 a.m.** at the office of Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, RI 02886, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper. Deponent is requested to bring with him at the time of said deposition documents listed on Schedule "A" attached hereto.

Plaintiff,
By and Through His Attorney,

__/s/ Thomas A. Tarro, III______________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Notice of Deposition*** on the 2nd day of May, 2007, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/ Thomas A. Tarro, III

**SCHEDULE "A"**

1. Any and all documents pertaining to the trip and fall incident reported by Plaintiff John MacArthur which occurred on or about September 23, 2005, including but not limited to:

    a. reports, memorandums, notes, correspondences, e-mails and any other electronically stored data;
    b. photographs and/or videos of the location where the Plaintiff, John MacArthur, tripped and fell.

2. Any and all documents pertaining to the construction of the steps upon which Plaintiff, John MacArthur, tripped and fell on or about September 23, 2005, including, but not limited to:

    a. Blueprints;
    b. Work orders; and
    c. Inspection report.

3. Any and all safety inspection reports pertaining to the location where Plaintiff, John MacArthur, tripped and fell on or about September 23, 2005, before and after the incident.