UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| And O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff in the above-entitled matter and moves to amend his Complaint to add O'Connor Safety Corporation as a party defendant and rename O'Connor Constructors, Inc. as a party defendant and to amend the Complaint as set forth in the Amended Complaint marked as Exhibit "1".

The Plaintiff prays that his Motion to Amend be granted and the attached Amended Complaint serve as the operative pleading.

Plaintiff,
By and Through His Attorney,

__/s/ Thomas A. Tarro, III______________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Motion to Amend Complaint*** on the 15th day of June, 2007, to

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

__/s/ Thomas A. Tarro, III__________