**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and<br>O'CONNOR CONSTRUCTORS, INC. | :<br>: | |
| | : | |
| -vs- | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION<br>COMPANY and HARTFORD FIRE<br>INSURANCE COMPANY | :<br>:<br>: | |

**STIPULATION**

By agreement, the Third-Party Complaint against third-party defendant, The Berlin Steel Construction Company, is hereby dismissed.

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III #2046
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant and
Third-Party Plaintiff
O'Connor Corporation
146 Westminster Street, Suite 500
Providence, Rhode Island 02903

(401) 272-1312
(401) 331-9397 (fax)

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
Attorney for Third-Party Defendant
The Berlin Steel Construction Co.
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fax)

/s/ Lauren Motola-Davis
/s/ Amy A. Parker
Lauren Motola-Davis #3396
Amy A. Parker #5906
MORRISON MAHONEY LLP
Attorney for Third-Party Defendant
Hartford Fire Insurance Company
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660
(401) 351-4420 (fax)