UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION and | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | |
| CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**AMENDED NOTICE OF DEPOSITION**

**DEPONENT: MICHAEL BARRETT**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

**TIME & DATE OF TAKING: Tuesday, August 7, 2007 at 4:00 p.m.**
***Previously scheduled for: Tuesday, July 31, 2007 at 4:00 p.m.***

Please take notice that the Plaintiff, John MacArthur, will take the testimony on oral examination of **MICHAEL BARRETT on Tuesday, August 7, 2007 at 4:00 p.m.** at the office of **Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, Rhode Island 02886**, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By and Through His Attorney,

__/s/ Thomas A. Tarro, III______________
Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Notice of Deposition*** on the 19th day of July, 2007, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Michael Barrett
11 Oslo Street
Mystic, CT 06355

/s/ Thomas A. Tarro, III