UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN MACARTHUR<br>Plaintiff,<br><br>V.<br><br>O'CONNOR CORPORATION and<br>O'CONNOR CONSTRUCTORS, INC.<br>Defendants,<br><br>V.<br><br>THE BERLIN STEEL CONSTRUCTION<br>COMPANY and HARTFORD FIRE<br>INSURANCE COMPANY<br>Third Party Defendants | C.A. No. 06-478S |

**NOTICE OF LIEN**

The Iron Workers District Council of New England Welfare Fund hereby makes a notice of lien against any settlement or judgment proceeds. As of the date of this notice, the Fund has paid a total of $1,246.61 in benefits related to this cause of action.

By their attorney,

James M. Langan, Jr.
BBO #285770
Langan & Dempsey
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 973-0571

DATED: August 3, 2007