**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | |
| CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**MOTION TO AMEND PRE-TRIAL SCHEDULING ORDER**

Plaintiff, John MacArthur, defendants, O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation, and third-party defendant, Hartford Fire Insurance Company, hereby jointly move to amend the Pre-Trial Scheduling Order dated March 16, 2007 to extend each discovery closing date by an additional 60 days. In support thereof, the parties submit their joint Memorandum.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ Thomas A. Tarro, III
THOMAS A. TARRO, III #2046
THE LAW FIRM OF THOMAS A.
TARRO, III, ESQ.
Attorney for Plaintiff
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

/s/ Amy A. Parker
AMY A. PARKER #5906
MORRISON MAHONEY, LLP
Attorney for Third-Party Defendant
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660
(401) 351-4420 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | |
| CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**JOINT MEMORANDUM OF JOHN MacARTHUR, O'CONNOR CORPORATION, O'CONNOR CONSTRUCTORS, INC., O'CONNOR SAFETY CORPORATION and HARTFORD FIRE INSURANCE COMPANY IN SUPPORT OF THEIR MOTION TO AMEND A PRE-TRIAL SCHEDULING ORDER DATED MARCH 16, 2007**

The parties have been actively pursuing discovery in this case. Plaintiff has identified his expert safety witness. However, such witness' report has not been provided to defendants. Upon receipt thereof, defendants intend to take such expert's deposition. In addition, defendants are awaiting dates when the plaintiff's treating physician will be available to have his deposition taken. Defendants also may want to retain their own safety expert depending upon plaintiff's expert's report and deposition testimony. In view of the additional discovery which is required, the parties seek a brief extension of 60 days for all discovery and other deadlines set forth in the Court's Pre-Trial Scheduling Order of March 16, 2007.

/s/ James H. Reilly

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ Thomas A. Tarro, III
THOMAS A. TARRO, III #2046
THE LAW FIRM OF THOMAS A.
TARRO, III, ESQ.
Attorney for Plaintiff
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

/s/ Amy A. Parker
AMY A. PARKER #5906
MORRISON MAHONEY, LLP
Attorney for Third-Party Defendant
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660
(401) 351-4420 (fax)