**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY<br>CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE<br>COMPANY | : | |

**ANSWER OF DEFENDANTS O'CONNOR CORPORATION and**
**O'CONNOR CONSTRUCTORS, INC. TO PLAINTIFF'S AMENDED COMPLAINT**

1. Defendants O'Connor Corporation and O'Connor Constructors, Inc. (hereafter jointly referred to as "defendants O'Connor") admit the allegations set forth in paragraphs 1 through 5 of plaintiff's Complaint.

**AS TO COUNT I**

2. Defendants O'Connor admit the allegations set forth in paragraphs 6 through 8.

3. Said defendants deny the allegations set forth in paragraphs 10 through 19.

WHEREFORE, defendants O'Connor Corporation and O'Connor Constructors, Inc. demand entry of Judgment in their behalf and for their costs in defending this action.

/s/ James H. Reilly

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

Defendants, O'Connor Corporation and O'Connor Constructors, Inc., hereby claim a trial by jury.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

John Walsh, Esquire
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on August 8, 2007, and that there are no non-registered participants.

/s/ James H. Reilly