UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | C.A. NO.: 06-478S |
| CORPORATION | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendant O'Connor Safety Corporation.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 14th day of August, 2007, 2006, a true copy of the within was filed electronically and it is available for viewing and

downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@Tarrolawfirm.com

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Sutie 400
Providence, RI 02903
Rbengtson@ckmlaw.com

Loraine Motola-Davis, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903
lmdavis@morrisonmahoney.com

/s/ John T. Walsh, Jr., Esq.