**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION, | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the defendants in the above-captioned action will take a stenographic deposition upon oral examination of **DR. PETER A. PIZZARELLO** at his office, **868 Admiral Street, Providence, Rhode Island 02904** on **Monday, August 27, 2007, at 10:00 A.M.**, before an officer duly authorized by law.

You are invited to attend and cross-examine.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330

300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

John T. Walsh, Jr., Esquire
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, Rhode Island 02903

Reporting Associates
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on August 14, 2007, and that there are no non-registered participants.

/s/ James H. Reilly