UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR<br><br>VS.<br><br>O'CONNOR CORPORATION<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY<br>CORPORATION<br><br>VS.<br><br>THE BERLIN STEEL<br>CONSTRUCTION COMPANY and<br>HARTFORD FIRE INSURANCE<br>COMPANY | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 06-478S |

**ANSWER OF DEFENDANT O'CONNOR SAFETY CORPORATION TO AMENDED COMPLAINT**

FIRST DEFENSE

1. Admitted except that this defendant denies that the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

COUNT I

6. Denied for insufficient knowledge.

7. Denied for insufficient knowledge.

8. Admitted to the extent that plaintiff was an employee of Berlin Steel Construction Company, a subcontractor of defendant O'Connor Corporation.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

SECOND DEFENSE

This defendant denies that plaintiff was in the exercise of due care at the time of the alleged injury.

THIRD DEFENSE

At the time of the alleged injury, plaintiff was employed by Berlin Steel, a subcontractor, and plaintiff has received or is entitled to receive workers' compensation benefits for loss of earning capacity and medical expenses, in accordance with the provisions of the Rhode Island Workers' Compensation Act.

FOURTH DEFENSE

Plaintiff voluntarily assumed the risk of injury.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

DEFENDANT O'CONNOR SAFETY CORPORATION
HEREBY DEMANDS TRIAL BY JURY
John T. Walsh, Jr., as designated trial counsel.

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 16th day of August, 2007, 2006, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@Tarrolawfirm.com

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Sutie 400
Providence, RI 02903
Rbengtson@ckmlaw.com

Loraine Motola-Davis, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903
lmdavis@morrisonmahoney.com

/s/ John T. Walsh, Jr., Esq.