UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | C.A. NO.: 06-478S |
| CORPORATION | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**DEFENDANT O'CONNOR SAFETY CORPORATION'S MOTION FOR EXTENSION OF TIME**

The undersigned, John T. Walsh, Jr., and Higgins, Cavanagh & Cooney, have recently entered their appearance on behalf of the **added** defendant, O'Connor Safety Corporation, on or about August 15, 2007.

Prior to its receipt of the Amended Complaint adding O'Connor Safety Corporation, present counsel and its carrier had no involvement in the lawsuit. On information and belief, several depositions have been taken, interrogatories have been submitted and answered and discovery herein was scheduled buy the Court to close on August 16, 2007, with pre-trial memoranda due on shortly thereafter.

In order to adequately review the deposition testimony taken, exhibits and written discovery that have already occurred, counsel requests that the date for closure of discovery be extended to November 14, 2007, for the defendant O'Connor Safety

Corporation to undertake and complete necessary discovery in order to evaluate plaintiff's claim and advise the client.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 16th day of August, 2007, 2006, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East–Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@Tarrolawfirm.com

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Sutie 400
Providence, RI 02903
Rbengtson@ckmlaw.com

Loraine Motola-Davis, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903
lmdavis@morrisonmahoney.com

/s/ John T. Walsh, Jr., Esq.