**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| -vs- | : | C.A. NO. 06-478S |
| O'CONNOR CORPORATION,<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY CORPORATION | : | |
| -vs- | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**AMENDED NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the defendants in the above-captioned action will take a stenographic deposition upon oral examination of **DR. PETER A. PIZZARELLO** at his office, **868 Admiral Street, Providence, Rhode Island 02904** on **Monday, September 10, 2007, at 10:00 A.M.**, before an officer duly authorized by law.

You are invited to attend and cross-examine.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendants
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330

300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

John Walsh, Esquire
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I have sent a copy of the foregoing Deposition Notice to the above counsel and to Reporting Associates, 10 Dorrance Street, Suite 617, Providence, Rhode Island, on August 30, 2007.

/s/ James H. Reilly