**HIGGINS, CAVANAGH & COONEY, LLP**
ATTORNEYS AT LAW
THE HAY BUILDING
123 DYER STREET
PROVIDENCE, R.I. 02903-3987
401-272-3500
800-274-5299

GERALD C. DEMARIA*
JOHN T. WALSH, JR.*
CHARLES A. HAMBLY, JR.
STEPHEN B. LANG
LAWRENCE P. MCCARTHY, III
JAMES A. RUGGIERI*
JAMES T. HORNSTEIN*
JOHN F. KELLEHER*
VIVIAN B. DOGAN*
PAUL S. CALLAGHAN*
SUSAN PEPIN FAY*
PETER E. GARVEY**
CHRISTINE D'ORSI FITTA
STEPHEN P. COONEY*
SAMUEL C. BODURTHA *
BETH OLDMIXON*
KELLY A. KINCAID*
GINA M. RENZULLI*

*ALSO ADMITTED IN MA
**ALSO ADMITTED IN CT

OF COUNSEL
KENNETH P. BORDEN

JAMES H. HIGGINS, JR.
1952-1975

JOHN P. COONEY, JR.
1960-1981

JOSEPH V. CAVANAGH
1952-1985

FAX
401-273-8780

WEBSITE: www.hcc-law.com

October 4, 2007

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886

RE: John MacArthur vs. O'Connor Safety Corporation, et al
Our File: 15486

Dear Tom:

Jim Reilly and I have determined that the witness who would respond to the 30(b)(5) and (6) deposition notice for O'Connor Safety Corporation and O'Connor Constructors would be the same individual who responded to the 30(b)(6) for O'Connor Corporation, namely, Daniel Thibideaux.

We would like to avoid duplication and would stipulate that his testimony would be the same.

Very truly yours,

John T. Walsh, Jr. /pae

John T. Walsh, Jr.

JTW:pae
Cc: James H. Reilly, Esq.

AT3862