UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| vs. | : | CA NO.: 06-478S |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. And O'CONNOR SAFETY CORPORATION | : | |
| vs. | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' O'CONNOR CONSTRUCTORS, INC. AND O'CONNOR SAFETY CORPORATION'S MOTION FOR PROTECTIVE ORDER**

NOW COMES your Plaintiff, John MacArthur, and objects to the Defendants' O'Connor Constructors, Inc. and O'Connor Safety Corporation's Motion for Protective Order.

In support of his objection, Plaintiff relies on the attached Memorandum of Law filed contemporaneously herewith.

Plaintiff,
By and through his attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 - *fax*

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Objection to Motion for Protective Order*** on the 7th day of November, 2007, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/ Thomas A. Tarro, III