UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | C.A. NO.: 06-478S |
| CORPORATION | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

ASSENTED TO JOINT MOTION OF DEFENDANTS FOR 60-DAY EXTENSION FOR COMPLETION OF DISCOVERY

Defendants move for a 60-day extension of the discovery period (presently scheduled to close on November 14, 2007, 2007. This motion is presented jointly by defendants O'Connor Corporation, O'Connor Constructors, Inc., and O'Connor Safety Corporation. After consultation with plaintiff's counsel, it has been determined, plaintiff has no objection to this extension.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

AW2567AW2567

/s/ James H. Reilly
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
401-272-1312
401-331-9397 (fax)
jreilly@kkrs.com

/s/ Amy Parker, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903
401-331-4660
Aaparker@morrisonmahoney.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 14th day of November, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@Tarrolawfirm.com

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Suite 400
Providence, RI 02903
Rbengtson@ckmlaw.com

/s/ John T. Walsh, Jr., Esq.

AW2567

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR<br><br>VS.<br><br>O'CONNOR CORPORATION<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY<br>CORPORATION<br><br>VS.<br><br>THE BERLIN STEEL<br>CONSTRUCTION COMPANY and<br>HARTFORD FIRE INSURANCE<br>COMPANY | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 06-478S |

MEMORANDUM IN SUPPORT OF ASSENTED TO
JOINT MOTION OF DEFENDANTS FOR 60-DAY EXTENSION
FOR COMPLETION OF DISCOVERY

This motion for a 60-day extension of the discovery period (presently scheduled to close on November 14, 2007, by court order of August 20, 2007 is presented jointly by the defendants O'Connor Corporation, O'Connor Constructors, Inc., and O'Connor Safety Corporation. Upon consultation with plaintiff's counsel, there is no objection to the motion.

With the present close of discovery scheduled for November 14, 2007, there remains additional work to be done, which has been delayed through scheduling difficulties. The following is a list of intended discovery and actions which have not yet

been completed.

1. The deposition of plaintiff John MacArthur by defendant O'Connor Safety Corporation has been scheduled by agreement for December 4, 2007.

2. Defendants intend to take the deposition of plaintiff's safety expert, Robert Carr, who is located in Tempe, AZ. Dates and arrangements are presently being completed.

3. Defendants intend to take the deposition of Dr. Allen Feldman, plaintiff's expert economist.

4. Plaintiff has scheduled the 30(b)(6) depositions of O'Connor Constructors and O'Connor Safety Corporation for December 5, 2007.

5. Defendants jointly intend to arrange for physical examination of plaintiff by a physician of their choice pursuant to FRCP 35. Arrangements for filing the motion (date, time, physician) are presently being made.

Defendants jointly believe that these steps can be completed by mid-January, 2008. However, with holiday scheduling on the horizon, defendants realistically request that an extension of time be granted to complete this discovery until January 31, 2008.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

/s/ James H. Reilly
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
401-272-1312
401-331-9397 (fax)
jreilly@kkrs.com

/s/ Amy Parker, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903
401-331-4660
Aaparker@morrisonmahoney.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 14th day of November, 2007, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Thomas A. Tarro, III, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
Ttarro3rd@Tarrolawfirm.com

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Suite 400
Providence, RI 02903
Rbengtson@ckmlaw.com

/s/ John T. Walsh, Jr., Esq.