UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| | : | |
| O'CONNOR CORPORATION and | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| And O'CONNOR SAFETY | : | |
| CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**MOTION FOR PROTECTIVE ORDER**

NOW COMES your Plaintiff, John MacArthur, by and through his counsel, and hereby moves for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Plaintiff seeks an Order preventing his deposition, which has been scheduled to take place on December 4, 2007 by counsel for the Defendant, O'Connor Safety Corporation.

In the alternative, Plaintiff seeks a Protective Order requiring Defendant's counsel to limit the scope of Plaintiff's deposition to matters not previously covered in the deposition of the Plaintiff, which previously took place on April 19, 2007.

In support of his motion, the Plaintiff relies on the accompanying Memorandum of Law.

Plaintiff,
By and through his attorney,

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Motion for Protective Order*** on the 3rd day of December, 2007, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

/s/ Thomas A. Tarro, III