THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST – SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

July 9, 2007

VIA FACSIMILE AND EMAIL

James H. Reilly. Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

RE: John MacArthur vs. O'Connor Corporation and O'Connor Constructors, Inc.
C.A. No.: 06-478S

Dear Attorney Reilly:

I am forwarding you the Amended Complaint, which is now the operative pleading. Please let me know if you will accept service on behalf of all defendants.

Very truly yours,

Thomas A. Tarro III/atn

Thomas A. Tarro, III

TAT/atn
Enclosure

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST – SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

July 12, 2007

VIA FACSIMILE

James H. Reilly. Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

RE: John MacArthur vs. O'Connor Corporation and O'Connor Constructors, Inc.
C.A. No.: 06-478S

Dear Attorney Reilly:

I have just received notice of a trial commencing in Washington County on July 19, 2007. For that reason, it is necessary for me to reschedule the 30(b)(6) deposition of O'Connor Corporation to Tuesday, July 31, 2007 at 10:00 a.m. If this date and time is not convenient for you or your witnesses, please let me know.

With regard to the 30(b)(6) deposition, please provide me with the name and title of each individual testifying on behalf of the corporation and the subject matter to which each person will testify. Additionally, please produce the documents requested in accordance with the time schedule set forth on the original Notice of Deposition. If you need additional time to comply, please let me know.

Lastly, with regard to the Amended Complaint and addition of O'Connor Safety Corporation as a party defendant, please let me know if you will accept service of process on behalf of that defendant.

Very truly yours,

Thomas A. Tarro, III

TAT/atn