JAMES R. REILLY
TERRENCE G. SIMPSON
MARK A. McSALLY
DONALD J. MARONEY
ROBERT J. DONNELLY
LAWRENCE J. SIGNORE

EDMUND J. KELLY
(1926-1993)
FRANCIS A. KELLEHER
(1944-1983)

THE FRANCIS BUILDING
146 WESTMINSTER STREET
SUITE 500
PROVIDENCE, RI 02903
TELEPHONE (401) 272-1312
FAX (401) 331-8397
E-MAIL: INFO@KKRS.COM

NARRAGANSETT OFFICE
28 CASWELL STREET
NARRAGANSETT, RI 02882
(401) 789-7800

KELLY, KELLEHER, REILLY & SIMPSON
*Attorneys at Law*

July 18, 2007

**VIA FACSIMILE**

Thomas A. Tarro III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Re: John MacArthur v. O'Connor Corporation et al

Dear Tom:

I will accept service of process upon all three O'Connor defendants in connection with your Amended Complaint.

Unfortunately, I have a mediation scheduled on July 30th at 3 P.M. and, therefore, would request that the deposition of Michael Barrett be rescheduled. Please also advise when we will be able to take the depositions of Dr. Peter Pizzarello, as well as that of Robert Carr.

Very truly yours,

James R. Reilly

JHR/sss

cc: C. R. Bengston, Esquire (via facsimile)
Attorney A. A. Parker (via facsimile)
Attorney L. Motola-Davis (via facsimile)