UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

DEFENDANTS JOINT MOTION FOR PHYSICAL EXAMINATION

Pursuant to Rule 35 of Federal Rules of Civil Procedure, the defendants request that the plaintiff, John MacArthur, undergo a physical examination by Dr. John Froehlich at University Orthopedics, Inc., 2 Dudley St., Providence, RI 02903, at a date and time that is mutually agreeable to the parties in this case. In support of its motion, the defendant relies upon the attached Memorandum of Law.

HARTFORD FIRE INSURANCE COMPANY
By its Attorney,

MORRISON MAHONEY LLP

/s/ Lauren Motola-Davis
/s/Amy A. Parker
Lauren Motola-Davis (#3396)
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
lmdavis@morrisonmahoney.com
aparker@morrisonmahoney.com

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing Motion for Physical Examination on the 20th day of December, 2007 to the following:

Thomas A. Tarro, III
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

John T. Walsh, Jr.
Higgins, Cavanagh & Cooney
123 Dyer St.
Providence, RI 02903
jwalsh@hcc-law.com

/s/ Amy A. Parker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTION, INC. | : | |
| | : | |
| VS. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR PHYSICAL EXAMINATION

Plaintiff alleges that he was injured on September 23, 2005 while working as an iron worker on a construction project at the Brayton Point Power Plant, in Somerset, Massachusetts. Plaintiff was employed by Berlin Steel, a subcontractor. Defendant, O'Connor Corporation was the general contractor. Hartford Fire Insurance Company (Hartford) is the insurer for Berlin Steel. Plaintiff alleges that he tripped and fell on a defective, temporary wooden stairway on the job site.

As a result of this accident the plaintiff sustained an injury to his left knee, right hip and low back. Plaintiff received medical treatment for his injuries from Prima Care, PC, Prehab Sports Medicine Services, Albert J. Puerini, Jr. M.D., Kent Hospital and Peter J. Pizzarello, M.D. His medical bills total $6,636.00. The plaintiff has not returned to work since this accident and he is also making a claim for lost earnings/ lost earning capacity/lost benefits in the amount of $357,544.40. Plaintiff is also claiming pain and suffering from the date of the accident to the present and future in the amount of $200,000.

Since the plaintiff's medical condition is an issue in this case, the defendants seek a medical examination in order to assess the plaintiff's current medical status.

Therefore, the defendants respectfully request that its motion for an independent medical examination be granted.

HARTFORD FIRE INSURANCE COMPANY
By its Attorney,

MORRISON MAHONEY LLP

/s/ Lauren Motola-Davis
/s/Amy A. Parker
Lauren Motola-Davis (#3396)
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
lmdavis@morrisonmahoney.com
aparker@morrisonmahoney.com

# CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing Memorandum of Law in Support of Defendant's Motion for Physical Examination on the 20th day of December, 2007 to the following:

Thomas A. Tarro, III
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

John T. Walsh, Jr.
Higgins, Cavanagh & Cooney
123 Dyer St.
Providence, RI 02903
jwalsh@hcc-law.com

/s/ Amy A. Parker