UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. And O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' JOINT MOTION FOR PHYSICAL EXAMINATION**

NOW COMES your Plaintiff, John MacArthur, in the above-entitled matter and objects to the Joint Motion for Physical Examination filed by the Defendants, on the grounds that Defendants' motion does not comply with Rule 35 of the Federal Rules of Civil Procedure. In support of the Plaintiff's objection, he relies on the Memorandum of Law filed contemporaneously herewith.

WHEREFORE, the Defendants' Joint Motion for Physical Examination should be denied.

Plaintiff,
By and through his attorney,

___/s/ Thomas A. Tarro, III__________

Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Objection to Motion for Physical Examination*** on the 27th day of December, 2007, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

__/s/ Thomas A. Tarro, III________