**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| -vs- | : | C.A. NO. 06-478S |
| O'CONNOR CORPORATION,<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY CORPORATION | : | |
| -vs- | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**NOTICE TO TAKE VIDEO-CONFERENCE DEPOSITION**

PLEASE TAKE NOTICE that the defendants in the above-captioned action will take a video-conference deposition upon oral examination of **Robert H. Carr** at the offices of Esquire Deposition Services, 2901 North Central Avenue, Suite 600, Phoenix, Arizona 85012 and Suite 402, 10 Weybosset Street, Providence, Rhode Island on **Monday, January 7, 2008, at 2:00 P.M.**, before an officer duly authorized by law.

You are invited to attend and cross-examine.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

John T. Walsh, Jr., Esquire
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I have sent a copy of the foregoing Deposition Notice to the above counsel and to Esquire Deposition Services, 10 Weybosset Street, Suite 402, Providence, Rhode Island, on December 28, 2007.

/s/ James H. Reilly