**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| -vs- | : | C.A. NO. 06-478S |
| O'CONNOR CORPORATION, O'CONNOR CONSTRUCTORS, INC. and O'CONNOR SAFETY CORPORATION | : | |
| -vs- | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**AMENDED NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the defendants in the above-captioned action will take a stenographic deposition upon oral examination of **Albert J. Sabella** at the offices of Kelly, Kelleher, Reilly & Simpson, 146 Westminster Street, Suite 500, Providence, Rhode Island on **Monday, January 7, 2008, at 3:30 P.M.**, before an officer duly authorized by law.

You are invited to attend and cross-examine.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendants
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

John Walsh, Esquire
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I have sent a copy of the foregoing Deposition Notice to the above counsel and to Reporting Associates, 10 Dorrance Street, Suite 617, Providence, Rhode Island, on December 28, 2007.

/s/ James H. Reilly