UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY<br>CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL<br>CONSTRUCTION COMPANY and<br>HARTFORD FIRE INSURANCE<br>COMPANY | : | |

**PLAINTIFF'S MOTION TO COMPEL**

NOW COMES your Plaintiff, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves this Honorable Court compelling the Defendant, O'Connor Corporation, to answer interrogatories and respond to Request for Production of Documents, which were propounded upon the Defendant on or about April 5, 2007. In support of his motion, Plaintiff states as follows:

1. On or about April 5, 2007, Plaintiff's counsel propounded Interrogatories and Request for Production of Documents upon the Defendant, O'Connor Corporation;

2. The period of time for responding to the discovery request has elapsed;

3. The Defendant, O'Connor Corporation, has failed to provide answers to Interrogatories or a response to Request for Production of Documents as of the date of filing the instant motion;

4. Pursuant to this court's Order, dated November 19, 2007, fact discovery is to close in this matter on January 31, 2008;

5. Plaintiff's counsel has made a good faith effort to obtain the information sought herein without the need for court intervention.

WHEREFORE, Plaintiff seeks an Order of the court compelling the Defendant, O'Connor Corporation, to answer Interrogatories and respond to Request for Production of Documents propounded upon it in this matter. Plaintiff seeks a ten (10) day order for compliance, in view of the discovery closure date of January 31, 2008.

Plaintiff,
By and Through His Attorney,

__/s/ Thomas A. Tarro, III_____________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Motion to Compel*** via electronic filing on the 31st day of December, 2007, to

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

/s/ Thomas A. Tarro, III