**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| -vs- | : | C.A. NO. 06-478S |
| O'CONNOR CORPORATION,<br>O'CONNOR CONSTRUCTORS, INC.<br>and O'CONNOR SAFETY CORPORATION | : | |
| -vs- | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance as co-counsel for defendants, O'Connor Corporation and O'Connor Constructors, Inc.

/s/ Donald J. Maroney
DONALD J. MARONEY #3737
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendants
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis

Attorney Amy A. Parker
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

John T. Walsh, Jr., Esquire
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903

CERTIFICATION

*I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2008, and that there are no non-registered participants.*

*/s/ Donald J. Maroney*