UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. And O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DISCLOSURE DATE**

Now comes your Plaintiff, John MacArthur, and moves this Honorable Court for a 30 Day Extension of the Discovery (presently scheduled to close on January 31, 2008), in the above-entitled matter. In support of his Motion, Plaintiff states as follows:

1. Pursuant to this Court's Text Order, dated November 19, 2007, fact discovery is to close in this matter on January 31, 2008; dispositive motions shall be filed by January 31, 2008; and pre-trial memorandums shall be filed 30 days after a decision on any dispositive motion, or if no dispositive motions are filed by February 31, 2008.

2. On or about April 5, 2007, Plaintiff's counsel propounded Interrogatories and Request for Production of Documents upon the Defendant, O'Connor Corporation.

3. The period of time to respond to said discovery having gone by, Plaintiff's counsel filed a Motion to Compel the Defendant to provide Answers to the Interrogatories and Response to Request for Production of Documents by e-filing with the Court on December 31, 2007.

4. As of the time of filing the instant Motion to Extend Discovery Closure Date, Plaintiff's counsel has not received an Objection to the Defendant's Motion to Compel, nor has the matter been scheduled for hearing by the Court.

5. On December 27, 2007, Plaintiff's counsel served the Defendant, O'Connor Constructors, Inc. with Interrogatories and Request for Production of Documents. On the same date, Plaintiff's counsel served the Defendant, O'Connor Safety Corporation, with Interrogatories and Request for Production of Documents.

6. As of the time of filing the instant Motion to Extend Discovery Closure Date, Plaintiff's counsel has not received any response to the outstanding discovery from O'Connor Constructors, Inc. nor O'Connor Safety Corporation.

7. Plaintiff's counsel acknowledges that the response to said discovery is not yet due. However, fact discovery is scheduled to close in this matter on January 31. 2008 pursuant to this Court's Text Order, dated November 19, 2007.

8. Based on the foregoing, Plaintiff seeks a 30 Day Extension of the closure date on fact discovery, up to and including March 2, 2008 to insure that Defendants response to all outstanding discovery have been complied with and any additional depositions, which may become necessary as a result of the response to discovery by the Defendants shall be noticed and/or conducted prior to the fact discovery closure date.

**WHEREFORE**, Plaintiff seeks an Order of the Court granting his Motion to Extend the Time to complete the Discovery in this matter 30 days, and specifically, that fact discovery shall close on March 2, 2008; dispositive motions shall be filed by March 2, 2008; pre-trial memorandums shall be filed 30 days after a decision on dispositive motions, or if no dispositive motions are filed by March 31, 2008.

Plaintiff,
By and through his attorney,

___/s/ Thomas A. Tarro, III__________
Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Motion to Extend Discovery Disclosure Date*** on the 14th day of January, 2008, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
10 Weybosset St., Suite 900
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

/s/ Thomas A. Tarro, III