UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN MACARTHUR<br>Plaintiff,<br><br>V.<br><br>O'CONNOR CORPORATION and<br>O'CONNOR CONSTRUCTORS, INC.<br>Defendants,<br><br>V.<br><br>THE BERLIN STEEL CONSTRUCTION<br>COMPANY and HARTFORD FIRE<br>INSURANCE COMPANY<br>Third Party Defendants. | C.A. No. 06-478S |

**RELEASE OF LIEN**

The Iron Workers District Council of New England Welfare Fund has been reimbursed through payments by the workers compensation carrier and hereby releases its lien against any settlement or judgment proceeds.

By their attorney,

James M. Langan, Jr.
BBO #285770
Langan & Dempsey
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 973-0571

**CERTIFICATE OF SERVICE**

I, James M. Langan, Jr., attorney for the Iron Workers District Council of New England Welfare Fund, certify that on January 11, 2008, I served a copy of the within Release of Lien by first class mail, postage prepaid, on the following:

Thomas A. Tarro, Esq.
The Law Firm of Thomas A. Tarro, III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

C. Russell Bengston, Esq.
Caroll, Kelly & Murphy
One Turks Head Building, Suite 400
Providence, RI 02903

Loraine Motola-Davis, Esq.
Morrison, Mahoney, LLP
121 South Main Street
Providence, RI 02903

John T. Walsh, Jr., Esq.
Higgins, Cavanaugh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

James M. Langan, Jr.