UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| vs. | : | CA NO.: 06-478S |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. and O'CONNOR SAFETY CORPORATION | : | |
| vs. | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**PLAINTIFF'S NOTICE OF APPEAL**

NOW COMES your Plaintiff, John MacArthur, and gives notice of an appeal, pursuant to L.R. Civ. 72(c) of the ruling of Magistrate Almond, dated January 17, 2008 granting the Defendants' Motion for Rule 35 Physical Examination of the Plaintiff, John MacArthur, by Dr. John Froehlich. The grounds for the appeal are: (1) Defendants failed to show good cause for the examination and failed to adequately disclose of the manner, condition and scope of the proposed examination; (2) the court's Order requiring the Defendants to provide notice to the Plaintiff specifying the time, place, manner, condition and scope of the examination prior thereto, fails to comply with the requirements of

Rule 35; in that the Plaintiff has no recourse to object to the manner, condition and scope of the examination, to the extent that the disclosure of said information has been ordered by the court to take place after the hearing on the Defendants' Motion for Rule 35 Physical Examination; and (3) the Magistrate Judge erred in failing to grant Plaintiff's request that his attorney be present and be allowed to videotape the examination, particularly, the questioning and interview of the Plaintiff, by Dr. Froehlich, to insure that the process is conducted in an appropriate, non-intrusive, non-biased manner.

Plaintiff relies on the attached Memorandum in support of his appeal, as well as copies of the transcript of the hearing on Defendants' Motion for Physical Examination conducted on January 17, 2008. (Said transcript is attached hereto and marked Exhibit "1") and Docket Text Order of the court, dated January 17, 2008.

WHEREFORE, the Plaintiff's appeal should be granted and the decision of Magistrate Almond granting the physical examination of the Plaintiff, John MacArthur, should be reversed or modified, to allow Plaintiff's counsel to be present and videotape the examination, and particularly, the questioning of the Plaintiff by Dr. Froehlich.

Plaintiff,

By and through his attorney,

___/s/ Thomas A. Tarro, III__________
Thomas A. Tarro, III, Esquire #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 – *fax*

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Objection to Motion for Physical Examination*** on the 31st day of January, 2008, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

__/s/ Thomas A. Tarro, III________