## Andrea Nadeau

**From:** Thomas A. Tarro III

**Sent:** Thursday, January 17, 2008 1:31 PM

**To:** anadeau@tarrolawfirm.com

**Subject:** FW: Activity in Case 1:06-cv-00478-S-LDA MacArthur v. O'Connor Corporation et al Order on Motion for Examination

---

**From:** cmecf@rid.uscourts.gov[SMTP:CMECF@RID.USCOURTS.GOV]
**Sent:** Thursday, January 17, 2008 1:30:45 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00478-S-LDA MacArthur v. O'Connor Corporation et al Order on Motion for Examination
**Auto forwarded by a Rule**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

### Notice of Electronic Filing

The following transaction was entered on 1/17/2008 at 1:25 PM EST and filed on 1/17/2008
**Case Name:** MacArthur v. O'Connor Corporation et al
**Case Number:** 1:06-cv-478
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER granting [53] Motion for Examination. GRANTED for the reasons stated at todays hearing. However, prior to conducting the examination, Defendants shall provide notice to Plaintiff by letter to his counsel which specifies the time, place, manner, conditions and scope of the examination to be conducted by Dr. Froehlich per Fed. R. Civ. P. 35(a). So Ordered by Magistrate Judge Lincoln D. Almond on 1/17/08. (Noel, Jeannine)

**1:06-cv-478 Notice has been electronically mailed to:**

C. Russell Bengtson rbengtson@ckmlaw.com

Donald J. Maroney dmaroney@kkrs.com

Page 2 of 2

Loraine Motola-Davis lmdavis@morrisonmahoney.com, sgoldacker@morrisonmahoney.com

Amy A. Parker aparker@morrisonmahoney.com, sgoldacker@morrisonmahoney.com

James H. Reilly , III jreilly@kkrs.com

Thomas A. Tarro , III ttarro3rd@tarrolawfirm.com, atoneatti@tarrolawfirm.com, jtarro@tarrolawfirm.com

John T. Walsh , Jr jwalsh@hcc-law.com, bsilva@hcc-law.com, peason@hcc-law.com

**1:06-cv-478 Notice has been delivered by other means to:**

James M. Langan
Langan & Dempsey
33 Broad Street, Suite 1100
Boston, MA 02109-4216