**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION, | : | |
| O'CONNOR CONSTRUCTORS, INC. and | : | |
| O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**JOINT MOTION FOR LEAVE TO FILE AN**
**<u>AMENDED THIRD-PARTY COMPLAINT</u>**

Defendants and third-party plaintiffs, O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation, hereby jointly move pursuant to the provisions of Rule 15(a)(2) of the Federal Rules of Civil Procedure to file an Amended Third-Party Complaint in the form and substance as submitted herewith.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Third-Party Plaintiff
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ John T. Walsh
JOHN T. WALSH #
HIGGINS, CAVANAGH & COONEY
Attorney for Third-Party Plaintiff
O'Connor Safety Corporation
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on February 21, 2008, and that there are no non-registered participants.

/s/ James H. Reilly