**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION, | : | |
| O'CONNOR CONSTRUCTORS, INC. and | : | |
| O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED THIRD-PARTY COMPLAINT

A Third-Party Complaint was filed by O'Connor Corporation against Third-Party Defendant, Hartford Fire Insurance Company, on or about November 17, 2006. On or about August 8, 2007, plaintiff, John MacArthur, filed an Amended Complaint which added O'Connor Constructors, Inc. and O'Connor Safety Corporation as additional party defendants. The proposed Amended Third-Party Complaint seeks to add O'Connor Constructors, Inc. and O'Connor Safety Corporation as third-party plaintiffs since the Certificate of Insurance issued by Hartford Fire Insurance Company named not only O'Connor as an additional insured but also "its affiliates and their respective employees, ..." The Amended Third-Party Complaint seeks a defense and indemnification from Hartford Fire Insurance Company for all three (3) of the named defendant corporations.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Third-Party Plaintiff
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ John T. Walsh
JOHN T. WALSH #
HIGGINS, CAVANAGH & COONEY
Attorney for Third-Party Plaintiff
O'Connor Safety Corporation
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

## CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on February 21, 2008, and that there are no non-registered participants.

/s/ James H. Reilly