**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION, | : | |
| O'CONNOR CONSTRUCTORS, INC. and | : | |
| O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**AMENDED THIRD-PARTY COMPLAINT OF O'CONNOR CORPORATION**
**O'CONNOR CORPORATION CONSTRUCTORS, INC.**
**and O'CONNOR SAFETY CORPORATION**

1. Plaintiff John MacArthur has filed an Amended Complaint against defendants and third-party plaintiffs O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation (hereinafter jointly referred to as "the O'Connor defendants") alleging that as a result of the O'Connor defendants' negligence he was injured on or about September 23, 2005, while working as an employee of The Berlin Steel Construction Company at the Brayton Point Power Plant in Somerset, Massachusetts.

2. Upon information and belief, third-party defendant, Hartford Fire Insurance Company ("Hartford"), is a corporation duly authorized to issue insurance policies within the Commonwealth of Massachusetts.

3. O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation have common ownership and are affiliated companies.

4. On or about March 16, 2005, third-party plaintiff O'Connor Corporation entered into a Subcontract with third-party defendant Berlin for the erection of structural steel at the Brayton Point Power Plant.

5. Paragraph 15 c. states in pertinent part:

> "If any person (including employees or (sic) Subcontractor) suffers injury or death ...as a result, in whole or in part, of Subcontractor's acts or omissions...Subcontractor assumes the liability therefor and shall to the fullest extent permitted by law indemnity and hold harmless therefrom the Owner and Contractor...from and against any and all suits, actions, legal or administrative proceedings, claims, demands, damages, liabilities, judgments, interest, attorney's fees, costs and expenses of whatsoever kind or nature ...in any manner caused in whole or in part by the acts or omissions of Subcontractor, its subcontractors or of anyone acting under its direction or control or on its behalf in connection with or incidental to its performance of its obligations under this Subcontract..."

6. Paragraph 16 of said Subcontract in pertinent part states:

"16. Insurance

> "Prior to commencing the work, Subcontractor shall procure, with Contractor and the Owner and such other parties as are required by Contractor and/or the Contract Documents named as additional insured parties on a primary basis...insurance coverage acceptable to Contractor..."

7. Upon information and belief, Berlin obtained the required insurance from third-party defendant Hartford which issued a Certificate of Liability Insurance, a copy of which is attached as Exhibit A and thereby incorporated herein, which Certificate names third-party plaintiff O'Connor Corporation as an additional insured, which coverage was "primary and non-contributing".

8. Said Certificate of Liability Insurance further provides coverage not only to O'Connor Corporation, but also to – "its affiliates and their respective

employees, agents, officers, partners and directors and anyone else acting for or on behalf of them and any of their respective assigns are named as additional insureds with respect to operations performed by the named insured..."

9. The O'Connor defendants and third-party plaintiffs have denied all allegations of negligence on their behalf and have requested that third-party defendant, Hartford, defend and indemnify each of them from all claims alleged by the plaintiff.

10. Third-party defendant, Hartford, has failed and refused to defend the O'Connor defendants.

11. The O'Connor defendants are entitled to indemnification and their reasonable attorney's fees and costs in defending against plaintiff's Complaint and prosecuting this Third-Party Complaint.

WHEREFORE, third-party plaintiffs, O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation, demand entry of Judgment against third-party defendant, Hartford Fire Insurance Company, for indemnification and their reasonable attorney's fees and costs.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Third-Party Plaintiff
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312

(401) 331-9397 (fax)

/s/ John T. Walsh
JOHN T. WALSH #
HIGGINS, CAVANAGH & COONEY
Attorney for Third-Party Plaintiff
O'Connor Safety Corporation
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on February 21, 2008, and that there are no non-registered participants.

/s/ James H. Reilly

# EXHIBIT A

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 03/30/05

PRODUCER 1-860-560-2766
'thur J. Gallagher & Co. of Connecticut, Inc.
10 Columbus Boulevard
Hartford, CT 06106

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED
The Berlin Steel Construction Company
76 Depot Road
Berlin, CT 06037

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Great American Alliance Ins Co | 26832 |
| INSURER B: Hartford Fire Insurance Co. | |
| INSURER C: Landmark Amer Ins Co | 33138 |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| B | | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br>X Broad Form GL<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT X LOC | 02UENQU0132 | 03/31/05 | 03/31/06 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 300,000 |
| | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| B | | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | 02UENQU0133 | 03/31/05 | 03/31/06 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| A | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR CLAIMS MADE<br>DEDUCTIBLE<br>X RETENTION $ 10,000 | UMB5654501 | 03/31/05 | 03/31/06 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? INCL EXCL<br>If yes, describe under SPECIAL PROVISIONS below | 02WNQU0130 | 03/31/05 | 03/31/06 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | | OTHER<br>Excess Liability | LHA025207 | 03/31/05 | 03/31/06 | Each Occurrence | 20,000,000 |
| | | | | | | Aggregate | 20,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
* Cancellation - Except 10 days notice due to non-payment of premium

RE: Erection of the Unit #1 SCR Structural Steel at Dominion Generations Brayton Point Station. O'Connor Corporation Inc. and its affiliates and their respective employees, agents, officers, partners and directors and anyone else acting for or on behalf of them and any of their respective assigns are named as additional insureds with respect to operations performed by the named insured. Waiver of subrogation included. Coverage is primary and non-contributing.

## CERTIFICATE HOLDER

O'Connor Corporation, Inc.
45 Industrial Drive
Canton, MA 02021
USA

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL *30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE Robert A. Paradis



© ACORD CORPORATION 1988

Powered By CertificatesNow™