UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION | : | |
| O'CONNOR CONSTRUCTORS, INC. | : | |
| and O'CONNOR SAFETY | : | |
| CORPORATION | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL | : | |
| CONSTRUCTION COMPANY and | : | |
| HARTFORD FIRE INSURANCE | : | |
| COMPANY | : | |

**PLAINTIFF'S MOTION FOR ENTRY UPON LAND FOR INSPECTION**

Now comes your Plaintiff, John MacArthur, pursuant to Rule 34 of the Federal Rules of Civil Procedure and hereby requests, pursuant to Rule 34(a)(2) permission to enter upon the property where the incident involving the Plaintiff took place at Brayton Point Power Plant located in Somerset, Massachusetts, and specifically, Elevation 5 of Unit 1on said property, where the temporary wooden stairway was located at the time that the Plaintiff tripped and was injured, while descending said stairs on September 23, 2005. The purpose of said request is to inspect, measure, survey and photograph the area where the temporary stairs were located, on the date in question, in preparation for trial in this matter.

WHEREFORE, Plaintiff seeks an Order of the Court granting its Motion and permitting the Plaintiff and his counsel to enter and inspect the area where the temporary stairway was located at Elevation 5 of Unit 1 at the Brayton Point Power Plant located in Somerset, Massachusetts at a mutually convenient date and time for the purpose as set forth herein.

Plaintiff,
By and Through His Attorney,

_/s/ Thomas A. Tarro, III_____________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Motion for Entry upon Land for Inspection*** via electronic filing on the 29th day of February, 2008, to:

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

John T. Walsh, Jr., Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Lauren Motola-Davis, Esq.
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

__/s/ Thomas A. Tarro, III