UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**AMENDED NOTICE OF VIDEO DEPOSITION**

**DEPONENT: GENE WAHLBERG**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Lauren Motolla-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John T. Walsh, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

**TIME & DATE OF TAKING: APRIL 15, 2008 AT 9:30 A.M.**

Please take notice that the Plaintiff, John MacArthur, will take the testimony on oral examination of **GENE WAHLBERG on APRIL 15, 2008 AT 9:30 A.M.** at the office of Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, RI 02886, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

The deponent is requested to bring with him/her any and all original documents which are set forth herein on the date of the scheduled deposition and produce a copy of same to undersigned counsel on or before the close of business on **Friday April 11,2008**. The wooden stairs referred to in this notice are the temporary wooden stairs located on Unit 1, Level 5 of the Brayton Point Power Plant, as referred to in Plaintiff’s Complaint.

The documents requested are as follows:

a. Any and all documents pertaining to inspections made of the wooden stairs that are the subject matter of Plaintiff’s complaint.

b. Any and all documents pertaining to inspections made of the walkway leading to the wooden stairs which is the subject matter of Plaintiff’s complaint.

c. Any and all complaints received from any source with respect to the location, installation maintenance or repair of the stairs that are the subject matter of Plaintiff's complaint.

d. Any and all electronically created statements, memorandums, notes and journals pertaining to John MacArthur and/or the incident of September 23, 2005, when he tripped on wooden stairs located on Unit 1, Level 5.

e. Any and all notes, memorandums, journals, electronically created and stored documents of Donald Renovato, as it pertains to the incident involving John MacArthur, which is the subject matter of the Plaintiff's Complaint and the wooden stairs located on Unit 1, Level 5.

f. Any and all reports, memorandum, correspondence, email, electronically generated documents which in any way pertain to the construction, maintenance, repair or disassembly of the wooden stairs located on Unit 1, Level 5.

g. Any and all photographs taken, at any time, of the wooden stairs located on Unit 1, Level 5.

Plaintiff,

By and Through His Attorney,

__/s/ Thomas A. Tarro, III_____________
Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Amended Notice of Deposition*** on the 25th day of March, 2008, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John T. Walsh, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

William White
Legal Video Services
115 Phenix Avenue
Cranston, RI 02920

__/s/ Thomas A. Tarro, III_________