UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| vs. | : | CA NO.: 06-478S |
| | : | |
| O'CONNOR CORPORATION and O'CONNOR CONSTRUCTORS, INC. | : | |
| | : | |
| vs. | : | |
| | : | |
| THE BERLIN STEEL CONSTRUCTION COMPANY and HARTFORD FIRE INSURANCE COMPANY | : | |

**AMENDED NOTICE OF VIDEO DEPOSITION**

**DEPONENT:** **DANIEL REGO**
**Carpenter's Union Hall**
**239 Bedford Street**
**Fall River, MA 02721**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Lauren Motolla-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John T. Walsh, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

**TIME & DATE OF TAKING: MAY 2, 2008 AT 11:00 A.M.**

Please take notice that the Plaintiff, John MacArthur, will take the testimony on oral examination of **DANIEL REGO on MAY 2, 2008 AT 11:00 A.M.** at the office of Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, RI 02886, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By and Through His Attorney,

__/s/ Thomas A. Tarro, III______________
Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Amended Notice of Deposition*** on the 26th day of March, 2008, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500

Providence, RI 02903

Loraine Motola-Davis
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

John T. Walsh, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

William White
Legal Video Services
115 Phenix Avenue
Cranston, RI 02920

__/s/ Thomas A. Tarro, III_________