UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John Macarthur
Plaintiff,

v. C.A. No. 06-478S

O'Connor Corporation and
O'Connor Constructors, Inc.
and O'Connor Safety Corporation
Defendant

v.

The Berlin Steel
Construction Company and Hartford
Fire Insurance Company

**ORDER**

Upon consideration with respect to the Plaintiff's Appeal of Magistrate Judge Almond's ruling dated January 17, 2008 granting the defendants' Motion for Rule 35 Physical Examination of the Plaintiff, It is hereby Ordered, Plaintiff's appeal to the Magistrate Judge's text order dated January 17, 2008 is DENIED. There is no showing of clear error nor is the Order contrary to law.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
4/30/08