UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| VS. | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION, | : | |
| O'CONNOR CONSTRUCTORS, INC. and | : | |
| O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| VS. | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**DEFENDANT'S JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Now come the defendants and hereby request an extension of time to complete discovery in this matter. The prior scheduling deadlines were as follows:

Fact Discovery due by 3/4/08

Defendant's Expert List due by 4/25/08

Plaintiff shall depose Defendant's experts by 5/30/08

Dispositive Motions due by 5/30/08

Pretrial Memorandum due by 6/20/08 or 30 days after any decision on any dispositive motions.

The defendants hereby request that the scheduling deadlines be extended by a period of **60 days**. In support of their motion the defendants state that additional depositions of plaintiff's expert witnesses need to be conducted. Additionally, the defendants had previously requested that the plaintiff submit to a Rule 35 exam by their expert physician. Plaintiff objected to this request and as such the parties argued their respective positions before Magistrate Almond. Magistrate Almond granted defendant's motion for examination of the plaintiff. Thereafter,

plaintiff filed an appeal to that motion, to which defendants objected. This appeal was ultimately denied by Judge Smith on May 1, 2008. Defendant's could not have plaintiff's examined until a decision regarding this appeal was made. As such defendants would like additional time to have the plaintiff examined by their physician, have the physician prepare a report and thereafter afford plaintiff's counsel an opportunity to depose the examining physician if he so chooses.

Wherefore the defendants respectfully request that all scheduling deadlines be extended by a period of **60 days**.

HARTFORD FIRE INSURANCE COMPANY
By its Attorney,
MORRISON MAHONEY LLP

/s/Amy A. Parker
Amy A. Parker (#5906)
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
aparker@morrisonmahoney.com

O'CONNOR CORPORATION, O'CONNOR CONSTRUCTORS, INC.
By their Attorney,

/s/JamesH. Reilly
James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

O'CONNOR SAFETY CORPORATION
By its Attorney,

/s/ John T. Walsh
John T. Walsh, Jr.
Higgins, Cavanagh & Cooney
123 Dyer St.
Providence, RI 02903
jwalsh@hcc-law.com

**CERTIFICATION**

We, the undersigned, hereby certify that we have sent a copy of the foregoing Joint Motion for Extension of Discovery Deadline on the 4th day of June, 2007 to the following:

Thomas A. Tarro, III
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

James H. Reilly
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

John T. Walsh, Jr.
Higgins, Cavanagh & Cooney
123 Dyer St.
Providence, RI 02903
jwalsh@hcc-law.com

/s/ Amy A. Parker