**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| -vs- | : | C.A. NO. 06-478S |
| O'CONNOR CORPORATION, O'CONNOR CONSTRUCTORS, INC. and O'CONNOR SAFETY CORPORATION | : | |
| -vs- | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**DEFENDANTS' JOINT MOTION TO AMEND**
**THE COURT'S ORDER OF JUNE 9, 2008**

Now come the defendants and jointly move that the Court's Scheduling Order of June 9, 2008 be amended to provide for the following discovery deadlines:

Fact Discovery due by 8/15/08

Defendants' Expert List due by 7/15/08

Plaintiff shall depose Defendants' experts by 8/29/08

Dispositive Motions by 8/29/08

Pretrial Memorandum due by 9/15/08 or 30 days after any decision on any dispositive motions.

Discovery has been delayed in this case due to the plaintiff's appeal of the January 17, 2008 Order of Magistrate Judge Lincoln Almond which required plaintiff to submit to a Rule 35 physical examination by Dr. John Froehlich. This appeal was thereafter denied by Judge Smith on May 1, 2008. Defendants subsequently scheduled the plaintiff's medical examination by Dr. Froehlich to be performed on August 14, 2008.

Plaintiff's counsel has indicated that he will thereafter take Dr. Froehlich's deposition. Defendants have scheduled the deposition of two physical therapists, who treated the plaintiff, for July 10, 2008, as well as the deposition of plaintiff's primary care physician, Dr. Albert Puerini, on July 17, 2008. In addition, plaintiff recently filed Supplemental Answers to Interrogatories identifying three additional co-workers who have some knowledge of his accident and presumably will testify at trial.

On or about June 4, 2008, the defendants jointly filed a motion for extension of discovery deadlines. There were numerous factors affecting the need for additional time. The motion sought a 60-day extension of time. Unfortunately, the joint motion did not make it clear that the 60 day extension was sought from and after the date of its filing on June 4. The motion asked that all scheduling deadlines be extended by a period of 60 days.

In granting the motion, the Court literally followed the text of the motion. Consequently, although the motion was granted on or about June 9, the 60-day extension was tacked onto the existing scheduling order. It was not added prospectively from the date the motion was granted.

As a result, although the motion was granted, several of the extended dates for discovery, including the dates for closing fact discovery (6/4/08) and the date for defendants filing their expert witness list due (5/26/08) had already expired. The grant of the motion did not include enough leeway to allow completion of defendants' intended physical examination by Dr. Froehlich (now rescheduled for August 14, 2008, following denial of plaintiff's motion) and other looming depositions that must be completed. In view of the foregoing, defendants jointly request that extensions be granted as noted

above.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Third-Party Plaintiff
O'Connor Corporation and
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ John T. Walsh
JOHN T. WALSH #
HIGGINS, CAVANAGH & COONEY
Attorney for Third-Party Plaintiff
O'Connor Safety Corporation
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500

/s/ Amy A. Parker
AMY A. PARKER #5906
MORRISON MAHONEY LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903
(401) 331-4660

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on July 7, 2008, and that there are no non-registered participants.

/s/ James H. Reilly