**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN MACARTHUR | : | |
| | : | |
| -vs- | : | C.A. NO. 06-478S |
| | : | |
| O'CONNOR CORPORATION O'CONNOR CONSTRUCTORS, INC. and O'CONNOR SAFETY CORPORATION | : | |
| | : | |
| -vs- | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | |

**DEFENDANTS' O'CONNOR CORPORATION, O'CONNOR CONSTRUCTORS INC. and O'CONNOR SAFETY CORPORATION'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION**

Defendants O'Connor Corporation, O'Connor Constructors, Inc. and O'Connor Safety Corporation hereby object to plaintiff's Motion to Compel More Responsive Responses to plaintiff's Second Request for Production of Documents. The document which plaintiff sought to have produced was a written statement which an O'Connor employee, Daniel Rego, gave to his employer regarding the manner in which he constructed a set of temporary stairs which is the subject of this litigation. Rego has been deposed and testified that he gave the statement to another O'Connor employee, Donald Renovato. Renovato recalls receiving Rego's statement. He believes he forwarded it to either Daniel Thibodeau or Lee Danielson. Neither of these individuals has any recollection of ever receiving the written statement. They have searched their files without success. Simply put, the

defendants are unable to locate this document. In the event it is located, it will be promptly forwarded to plaintiff's counsel. It should be noted that Daniel Rego was fully deposed by plaintiff's counsel regarding the manner in which he constructed the stairs.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
O'Connor Constructors, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

/s/ John T. Walsh
JOHN T. WALSH #
HIGGINS, CAVANAGH & COONEY
Attorney for Third-Party Plaintiff
O'Connor Safety Corporation
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500

To: Thomas A. Tarro, III, Esquire
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886

Attorney Lauren Motola-Davis
Attorney Amy A. Parker
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on July 28, 2008, and that there are no non-registered participants.

/s/ James H. Reilly